# OLSHAN
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222
WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2213
EMAIL: TFLEMING@OLSHANLAW.COM

January 17, 2008

*Via Fax*

Sophia Tsokos, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166

Re:  Paul Dixon/Dennis Kelly

Dear Ms. Tsokos:

I enclose acknowledgment regarding acceptance of service for those defendants set forth in your letter dated January 15, 2008.

Sincerely,

Thomas J. Fleming

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

565003-1

# Greenberg Traurig

Sophia Tsokos
(212) 801-2280
tsokoss@gtlaw.com

January 15, 2008

**By Hand**

Thomas J. Fleming, Esq.
Olshan Grundman Frome
   Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

   Re:   *Kelly v. Handy & Harman, et al.*, 08 CV 00163

Dear Mr. Fleming:

I have spoken to Christine Wong, Esq. of your firm and understand you are authorized to accept service of the Summons, Complaint and Civil Cover Sheet in the above-referenced action on behalf of Defendants Handy & Harman, WHX Corporation, Handy & Harman Supplemental Executive Retirement Plan, and Handy & Harman Executive Post-Retirement Life Insurance Program. Accordingly enclosed please find four copies of the Summons, Complaint and Civil Cover Sheet in the above-referenced action.

Can you please counter-sign below to indicate your agreement to the above and return the original with your signature on it to me? Thank you.

Sincerely,

Sophia Tsokos

cc:   Leslie D. Corwin, Esq.

ACKNOWLEDGED BY:

_____
THOMAS J. FLEMING, ESQ.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

www.gtlaw.com

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400

# OLSHAN
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

## FACSIMILE COVER PAGE

DATE: January 17, 2008                          PAGE  1  OF  3

FROM: Thomas J. Fleming                         EMAIL: tfleming@olshanlaw.com

CLIENT/MATTER # 4094-013                        PHONE: 212-451-2213

RECIPIENT: Sophia Tsokos                        COMPANY: Greenberg Traurig, LLP

FACSIMILE: (212) 801-6400                       PHONE: (212) 801-9200

If you do not receive all pages, please call:   (212) 451-2300

**CONFIDENTIALITY NOTE**

The documents accompanying this telecopy transmission contain information from the law firm of Olshan Grundman Frome Rosenzweig & Wolosky LLP which is confidential, legally privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us immediately by telephone so that we can arrange for the return of the original documents to us at no cost to you. Thank you.

ORIGINAL WILL BE SENT VIA: _____ Mail          _____ Federal Express     _____ Messenger

ORIGINAL WILL NOT BE SENT:

491157-1

# United States District Court

| SOUTHERN | **DISTRICT OF** | NEW YORK |

Case No. _____



DENNIS C. KELLY,

          Plaintiff,

- vs -

HANDY & HARMAN, WHX CORPORATION, HANDY & HARMAN SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, HANDY & HARMAN EXECUTIVE POST-RETIREMENT LIFE INSURANCE PROGRAM, HANDY & HARMAN PENSION PLAN/WHX PENSION PLAN, H&H MANAGEMENT INCENTIVE PLAN, H&H LONG-TERM INCENTIVE PLAN, INCENTIVE AND NON-QUALIFIED STOCK OPTION PLAN, AND THE H&H POST-RETIREMENT MEDICAL PLAN,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

TO:  HANDY & HARMAN, WHX CORPORATION, HANDY & HARMAN SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, HANDY & HARMAN EXECUTIVE POST-RETIREMENT LIFE INSURANCE PROGRAM, HANDY & HARMAN PENSION PLAN/WHX PENSION PLAN, H&H MANAGEMENT INCENTIVE PLAN, H&H LONG-TERM INCENTIVE PLAN, INCENTIVE AND NON-QUALIFIED STOCK OPTION PLAN, AND THE H&H POST-RETIREMENT MEDICAL PLAN

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (Name and Address)

    Leslie D. Corwin
    Greenberg Traurig, LLP
    200 Park Avenue
    New York, NY  10166
    (212) 801-9200

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                    JAN 08 2008
CLERK                                  DATE

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                        *Signature of Server*

                                     _____
                                              *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.