# OLSHAN

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

## FACSIMILE COVER PAGE

**DATE:** January 24, 2008

**FROM:** Thomas J. Fleming

**CLIENT/MATTER #** 4094-013

**PAGE** 1 **OF** _____

**EMAIL:** tfleming@olshanlaw.com

**PHONE:** 212-451-2213

**RECIPIENT:** Sophia Tsokos

**FACSIMILE:** (212) 801-6400

**COMPANY:** Greenberg Traurig, LLP

**PHONE:** (212) 801-9200

If you do not receive all pages, please call: (212) 451-2300

### CONFIDENTIALITY NOTE

The documents accompanying this telecopy transmission contain information from the law firm of Olshan Grundman Frome Rosenzweig & Wolosky LLP which is confidential, legally privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us immediately by telephone so that we can arrange for the return of the original documents to us at no cost to you. Thank you.

ORIGINAL WILL BE SENT VIA: _____ Mail   _____ Federal Express   _____ Messenger

ORIGINAL WILL NOT BE SENT: _____

491157-1

# OLSHAN

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2213
EMAIL: TFLEMING@OLSHANLAW.COM

January 24, 2008

*Via Fax*

Sophia Tsokos, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166

Re:  Dennis Kelly

Dear Ms. Tsokos:

I have countersigned your letter dated January 23, 2008, accepting service of the Complaint on behalf of the entities that are referenced in the letter. Please be advised that the Incentive and the Nonqualified Stock Option Plan does not exist any longer. It was cancelled in the WHX Bankruptcy. We have been authorized to accept service of this document by WHX Corporation, which formerly operated this Plan, solely to avoid a default and unnecessary motion practice.

Sincerely,

Thomas J. Fleming

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

565604-1

# Greenberg
# Traurig

Sophia Tsokos
(212) 801-2280
tsokoss@gtlaw.com

January 23, 2008

<u>By Hand</u>

Thomas J. Fleming, Esq.
Olshan Grundman Frome
  Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

   Re: <u>Kelly v. Handy & Harman, et al., 08 CV 00163</u>

Dear Mr. Fleming:

I have spoken to Christine Wong, Esq. of your firm and understand you are authorized to accept service of the Summons, Complaint and Civil Cover Sheet in the above-referenced action on behalf of Defendants Handy & Harman Pension Plan/WHX Pension Plan, H&H Management Incentive Plan, H&H Long-Term Incentive Plan, Incentive and Non-Qualified Stock Option Plan, and the H&H Post-Retirement Medical Plan.

Accordingly enclosed please find five copies of the Summons, Complaint and Civil Cover Sheet in the above-referenced action.

Can you please counter-sign below to indicate your agreement to the above and return the original with your signature on it to me? Thank you.

Sincerely,

*Sophia Tsokos /mls*
Sophia Tsokos

cc: Leslie D. Corwin, Esq.

ACKNOWLEDGED BY:

_____
THOMAS J. FLEMING, ESQ.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH*
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 www.gtlaw.com