

Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS C. KELLY,

      Plaintiffs,

vs

HANDY & HARMAN, WHX CORPORATION, HANDY & HARMAN SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, HANDY & HARMAN EXECUTIVE POST-RETIREMENT LIFE INSURANCE PROGRAM, HANDY & HARMAN PENSION PLAN/WHX PENSION PLAN, HANDY & HARMAN LONG-TERM INCENTIVE PLAN, INCENTIVE AND NON-QUALIFIED STOCK OPTION PLAN, AND THE HANDY & HARMAN POST-RETIREMENT MEDICAL PLAN,

      Defendants.

CIVIL ACTION NO. 08CV00163 (KMK)

STIPULATION & ORDER EXTENDING TIME

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

It is hereby stipulated between the attorneys for the parties in the above-captioned matter that the Defendants' time to serve its answer or otherwise respond to the Complaint is extended to March 7, 2008.

Dated: New York, New York
   February 15, 2008

GREENBERG TRAURIG, LLP

By: _____
  Leslie D. Corwin

MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

Attorneys for Plaintiff

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

By: _____
  Thomas J. Fleming
  Christine Wong

Park Avenue Tower

65 East 55th Street
New York, New York 10022
(212) 451-2300

Attorneys for Defendants

566293-2

So ORDERED:

_____
U.S.D.J.

DATED 2/20/08