UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS C. KELLY,

                     Plaintiff,

vs

HANDY & HARMAN, WHX CORPORATION, HANDY & HARMAN SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, HANDY & HARMAN EXECUTIVE POST-RETIREMENT LIFE INSURANCE PROGRAM, HANDY & HARMAN PENSION PLAN/WHX PENSION PLAN, H&H MANAGEMENT INCENTIVE PLAN, H&H LONG-TERM INCENTIVE PLAN, INCENTIVE AND NON-QUALIFIED STOCK OPTION PLAN, AND THE HANDY & HARMAN POST-RETIREMENT MEDICAL PLAN,

                     Defendants.

CIVIL ACTION NO.
08CV00163 (KMK)

ECF CASE

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate the possible disqualification or recusal, the undersigned counsel for all Defendants state the following:

       1.     WHX Corporation ("WHX") is a publicly held corporation. WHX has no parent corporation, and there is no publicly held corporation that owns 10 percent or more of WHX's stock.

       2.     Handy & Harman ("H&H"), a privately held corporation, is a wholly-owned subsidiary of WHX. There is no publicly held corporation that owns 10 percent or more of H&H's stock.

570471-1

Dated: New York, New York
       March 7, 2008

                                  OLSHAN GRUNDMAN FROME
                                  ROSENZWEIG & WOLOSKY LLP

                              By:   /s/ Christine Wong
                                   Thomas J. Fleming, Esq. (TJF 4433)
                                   Christine W. Wong, Esq. (CWW 7683)
                                   *Attorneys for Defendants*
                                   Park Avenue Tower
                                   65 East 55th Street
                                   New York, New York 10022
                                   (212) 451-2300

570471-1