UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS C. KELLY,<br><br>      Plaintiff,<br><br>vs<br><br>HANDY & HARMAN, WHX CORPORATION, HANDY & HARMAN SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, HANDY & HARMAN EXECUTIVE POST-RETIREMENT LIFE INSURANCE PROGRAM, HANDY & HARMAN PENSION PLAN/WHX PENSION PLAN, H&H MANAGEMENT INCENTIVE PLAN, H&H LONG-TERM INCENTIVE PLAN, INCENTIVE AND NON-QUALIFIED STOCK OPTION PLAN, AND THE HANDY & HARMAN POST-RETIREMENT MEDICAL PLAN,<br><br>      Defendants. | CIVIL ACTION NO.<br>08CV00163 (KMK)<br><br>ECF CASE<br><br><br>CERTIFICATE OF SERVICE |

  I, CHRISTINE W. WONG, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on March 7, 2008, I served a true copy of the **ANSWERS on behalf of all Defendants and RULE 7.1 DISCLOSURE STATEMENT** upon

      Leslie D. Corwin
      GREENBERG TRAURIG, LLP
      MetLife Building
      200 Park Avenue
      New York, New York 10166

via the United States District Court for the Southern District of New York Electronic Case Filing System.

                       /s/ Christine W. Wong
                        Christine W. Wong

570493-1

570493-1