# Greenberg Traurig

Leslie D. Corwin
Tel. (212) 801-3113
Fax (212) 805-9349
corwinl@gtlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

April 29, 2008

**VIA FEDERAL EXPRESS**

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York  10601

Re:   **Kelly v. Handy & Harman et al., 08 CV 00163**

Dear Judge Karas:

We are counsel for plaintiff.  As Your Honor is aware, a Status Conference in the above-referenced matter is scheduled for May 15 at 3:30 p.m.  Unfortunately, a conflict has arisen, which requires me to respectfully request a brief adjournment of the conference.  Just yesterday, the Appellate Division, First Department, scheduled oral argument for 2:00 p.m. in an appeal I am handling for another client in a matter entitled James L. Melcher v. Apollo Medical Fund Management L.L.C. and Brandon Fradd.  I have consulted with opposing counsel, Mr. Fleming, and he has graciously agreed, with Your Honor's consent, to adjourn the Conference to any of the following dates, subject to the Court's availability: May 21 (in the afternoon), 28, or 30, 2008.

I thank the Court for its consideration in this matter.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By: _____
Leslie D. Corwin

LDC/ng

cc:   Thomas Fleming, Esq. *(via e-mail)*
      Mr. Dennis Kelly *(via e-mail)*
      Timothy Di Domenico, Esq.

*Conference is adjourned until May 30, 2008, at 3:30 pm.*

SO ORDERED
_____
KENNETH M. KARAS, U.S.D.J.
4/30/08

ALBANY
AMSTERDAM
ATLANTA
BERLIN*
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | MetLife Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400       www.gtlaw.com